

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID BRAND,
Plaintiff

Case No. 6:11-cv-1609-Orl-31GJK

-v-

DIVERSIFIED ADJUSTMENT SERVICE, INCORPORATED,
Defendant

_____/

### NOTICE OF SETTLEMENT

Plaintiff, David Brand, individually, hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated this 22st day of June, 2012

Respectfully Submitted,

David Brand

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically mailed to all parties on the service list this 22st day of June, 2012 to the parties listed below.

Ernest H. Kohlmyer , III
South Milhausen, PA
Suite 1200
1000 Legion Place
Orlando, FL 32801
407-539-1638
Fax: 407-539-2679
Email: skohlmyer@southmilhausen.com


Respectfully Submitted,

David Brand
106 Cinnamon Drive,
Orlando, FL 32825
407-949-8292
Email: Gatormountain@gmail.com